MICHAEL R. FEINBERG (89196)
mrf@ssdslaw.com
MARGO A. FEINBERG (100655)
margo@ssdslaw.com
LEORA SWERDLOW (359519)
ls@ssdslaw.com
Schwartz, Steinsapir, Dohrmann & Sommers LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017
Telephone: (323) 655-4700

Attorneys for Defendant, Local 4811
International Union, United Automobile, Aerospace, and
Agricultural Implement Workers of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| KARIN YANIV,<br><br>       Plaintiff,<br><br>  v.<br><br>LOCAL 4811, INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA,<br><br>       Defendant. | Case No. 4:25-cv-00819-AMO<br><br>**DECLARATION OF RAFAEL JAIME IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**DATE:**     **XXXXXXXXX**<br>**TIME:**     **2:00 P.M.**<br>**CTRM:**     **1301 CLAY STREET OAKLAND, CALIFORNIA COURTROOM 5**<br><br>Trial Date: April 19, 2027<br><br>Action filed: January 24, 2025 |

I, RAFAEL JAIME, hereby declare and state:.

1.     I am the President of the International Union, United Automobile, Aerospace, and Agricultural Implement Workers of America ("UAW") and its Local Union 4811 ("Local 4811" or "Union"). I have held that position since I was elected on May 3, 2024. Prior to that time, I was President of UAW Local 2865 from 2021 until I assumed the position of Presidency of Local 4811. UAW Local 4811 represents approximately 60,000 employees across the University of California's (UC) 10 campuses and Lawrence Berkeley National Laboratory. Our members perform the bulk of teaching, research, and student support services across the UC's 10 campuses (Berkeley, Davis, Irvine, Los Angeles, Merced, Riverside, San Diego, San Francisco, Santa Barbara, Santa Cruz) and the Lawrence Berkeley National Laboratory.

2.     Historically, UAW Local 2865 has represented academic student employees and student researchers while UAW Local 5810 represented post-doctoral scholars and academic researchers. In the Fall of 2023, members of UAW Local 2865 and 5810 voted to amalgamate the two Local Unions. Pursuant to an order of the Public Employment Relations Board, on May 15, 2024, UAW Local 2865 and Local 5810 became part of the amalgamated Local, UAW Local 4811 for purposes of representing three bargaining units at UC: Academic Student Employees and Graduate Student Researchers, Postdoctoral Scholars, and Academic Researchers. On July 13, 2026, UC stipulated to voluntarily recognize UAW and its Local 4811 as the exclusive representative for three additional bargaining units at UC: Student Services and Advising Professionals, Research and Public Service Professionals, and Communications, Marketing and Sales Professionals.

3.     On October 13, 2023, the UAW Local 2865 Executive Board voted to issue a statement entitled, "Demand a Ceasefire and an End to the Occupation of Palestine." ("October

Declaration of Rafael Jaime ISO Defendant's MSJ - Case No. 4:25-cv-00819-AMO

13, 2023 Statement"). A true and correct copy of said October 13, 2023 Statement is attached hereto and incorporated herein as Exhibit A.

4.      I have reviewed Plaintiff's Complaint in this matter. At Paragraph 24, she alleges that an October 2023 Pro-Palestine rally at UCLA was advertised "with posters depicting Israel engulfed in flames and men wielding AK-47 assault rifles and slingshots." She further alleges that at this rally, protestors chanted about an Intifada. Local 4811 (and Locals 2865 or 5810 for that matter) did not organize this rally or engage in such chants, and did not authorize the alleged posters or advertisements.

5.      Plaintiff also alleges, on information and belief, that at a November 2023 rally, either at UCLA or UC Berkeley, "Union officials" chanted "antisemitic rallying cries," including, "From the river to the sea, Palestine will be free", and this rally was advertised with the statement "UCLA condemns Zionism." Complaint, ¶¶ 25, 26. Neither Local 4811, or Locals 2865 or 5810, organized this rally, and did not authorize the alleged advertisements.

6.      Plaintiff alleges that "in 2024, protestors at UC Berkeley blocked entrances, marched through dorms and "engaged in antisemitic chants." (Complaint, ¶ 27) She describes a specific protest on February 26, 2024 wherein protestors "broke windows, harassed and assaulted attendees, and forced UCB to evacuate the building." Neither Local 4811, or Locals 2865 or 5810, encouraged, authorized or was responsible in any way for the alleged conduct.

7.      Plaintiff also alleges that at a meeting of the BDS Exploratory Committee on February 26, 2024, a rank-and-file Union member named Ali, encouraged people to go to the protest described in Paragraph 7 above on the UCB campus later that day to "disrupt an evil Zionist speaking…" Ali did not hold any position with the Union, either elected or appointed, and was not an employee or agent of the Union.

8.      Plaintiff alleges that on some unspecified date, a sign on UC Berkeley's campus was changed from "UC Stands Against Hate" to "UC Stands Against Zionism." (Complaint, ¶

3

27) Neither Local 4811, or Locals 2865 or 5810, encouraged, authorized or was responsible for such conduct.

9.      In a November 3, 2023 email to Iris Rosenblum-Sellers, then a Head Steward for UAW Local 2865, UC Stands Against Hate member Neta Gazit Shimoni thanked Union officials for meeting with her and her Israeli colleagues and told them that it "meant a lot" for them that the Union listened to their concerns. In a November 10, 2023 email to Rosenblum-Sellers, Shimoni reiterated her gratitude that Union officials were "actively committed to stopping the Hate and disinformation going around campuses and threatening the wellbeing of the Israeli and other students."    A true and correct copy of these emails are attached hereto and incorporated herein as Exhibit B.

10.      In December 2023, Laura Cook, Recording Secretary of Local 5810, responded to an email by the group, UC Against Hate, and set up more than 7 in-person meetings with members of the group including Yaniv, before she became a Union member. During this time, Yaniv also engaged in extensive email communications with Cook, Staff Organizer, David Weitz, and Sarah Arveson, Vice President of Local 5810. Email exchanges between Plaintiff and Union officials during this time reflect that Union officials engaged thoughtfully and respectfully with their concerns. True and correct copies of such emails are attached hereto and incorporated herein as Exhibit C.

11.      On January 19, 2024, I attended a meeting over Zoom with members of UC Against Hate, including Yaniv, as well as other members of the Union's Executive Board.

12.      Karin Yaniv became a Union member on January 17, 2024. She remains a Union member as of July 27, 2026.

13.      To become a Union member, a person must be employed as a graduate student in a bargaining unit position, must sign up to become a member and must pay Union dues.

Members have the right to vote on contract ratification, strike authorization, and various referenda, to run for Union office and to propose resolutions. Union Members also have the right to attend monthly campus membership meetings. Union members remain members so long as they hold a bargaining unit position, pay their dues, and wish to stay Union members (See UAW Local 4811 Bylaws, Art. 4, §16, a true and correct copy of which is attached hereto and incorporated herein by reference as Exhibit D)

14.    Under the Union's Bylaws, there are three ways through which a Union member may put forth a Union resolution. (*See*, Ex. D.)    First, members may propose a Union resolution to be voted on at a statewide membership meeting. For a member to do so, they must first get the resolution on the meeting's agenda by petitioning the Executive Board. Second, members can also petition the Joint Council to consider a resolution.    The Joint Council has the authority to convene a special statewide membership meeting to consider the member's resolution or to propose its own resolution for consideration. Finally, a resolution may be presented to the membership through a statewide referendum.

15.    Under the Union's Bylaws, the Executive Board and other elected officers are tasked with carrying out Union resolutions which are ultimately passed. A resolution only becomes "official" once it is voted on by the entire membership body or adopted by the Joint Council. Individual UC campus membership bodies do not have the authority to pass resolutions on behalf of the Union itself because the Union is a statewide body. An item that is brought to a campus-wide Union membership meeting may be titled a "resolution" but it would not have force as a Union resolution because it was not voted on by the statewide membership or passed by the Joint Council.

16.    Gabriel Woolls, Fatima Yousuf, and Jake Orbison are rank-and-file Union members and have never held elected, appointed, or staff positions within the Union. They

were never elected or appointed by the Union to act on its behalf in any capacity between October 7, 2023 and July 27, 2026.

17.    Based on email exchanges in the Union's possession, Yaniv engaged in disagreements over email with members of the Subcommittee who wished to share the committee's research materials with other campus groups.  True and correct copies of this email exchange are attached hereto and incorporated herein as Exhibit E.

18.    In her deposition, Yaniv refers to Anjali McNeil, a co-worker in her Lab, as a Union Steward. McNeil was elected as a Head Steward for the Union's Academic Student Employees (ASE) Unit and served in this position from April 2022 through May 2024. In May 2024, she was elected to Recording Secretary of the Union's ASE Unit at UC Berkeley and held this position through March 2025. Yaniv is a member of the Post Doc bargaining unit.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 27  , 2026, at Los Angeles, California.

_____
RAFAEL JAIME

Declaration of Rafael Jaime ISO Defendant's MSJ - Case No. 4:25-cv-00819-AMO

## INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION | PAGE |
|---------|------------|------|
| A | October 13, 2023 Statement | 0007 |
| B | November 3, 2023 email to Iris Rosenblum-Sellers; November 10, 2023 email to Rosenblum-Sellers | 0009 |
| C | Email exchanges between Plaintiff and Union officials | 0011 |
| D | UAW Local 4811 Bylaws, Art. 4, §16 | 0038 |
| E | Email exchanges between Yaniv and Subcommittee members | 0068 |

Declaration of Rafael Jaime ISO Defendant's MSJ - Case No. 4:25-cv-00819-AMO